Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000742
02-MAR-2015
09:59 AM

NO. CAAP-14-0000742

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


AURORA LOAN SERVICES, LLC,
a Delaware Limited Liability Company,
Plaintiff-Appellee,
v.
RANDOLPH GOODWIN CURRIER and STACEY MARIE CURRIER,
Defendants-Appellants,
and
KENNETH A. SMITH and JOHN and MARY DOES 1-10,
Defendants


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 11-1-0371)


ORDER DISMISSING APPEAL
(By: Foley, Presiding J., Leonard and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On April 3, 2014, Defendants-Appellants Randolph Goodwin Currier and Stacey Marie Currier (Appellants) filed a notice of appeal;

(2) The record on appeal was filed June 2, 2014;

(3) Appellants obtained two extensions of time for the opening brief, before defaulting on October 10, 2014;

(4) The appellate clerk filed a default of opening brief on October 22, 2014;

(5) On November 5, 2014, the court granted Appellants relief from default of the opening brief and extended the due date a third time to December 29, 2014;

(6) Appellants did not file the opening brief or

request an extension of time by December 29, 2014;

(7) On February 10, 2015, the appellate clerk informed Appellants that the time for filing the opening brief had expired and, pursuant to Hawai'i Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on February 20, 2015, for such action as the court deems proper, which could include dismissal; and

(8) Thereafter, Appellants did not file the opening brief, or respond to the default notice.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, March 2, 2015.

Presiding Judge

Associate Judge

Associate Judge